# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-3094-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| EFRAIN ALONZO-SANTES, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 2, 2020.

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge